## SETH GRIFFETH v. JOHN and WILLIAM ADAMS.

Court of Common Pleas. Sussex. November 15, 1799.

*Wilson's Red Book, 267.*

Per Curiam. Booth, C. J. As a year has not yet elapsed since the death of the intestate, we cannot yet grant the prayer of the petition.